1024

SYDNYE LEONARD, ET AL., *Respondents*, v. DUANE S. MCGEE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-2-01857-1, Daniel J. Berschauer, J., entered September 13, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

THE STATE OF WASHINGTON, *Respondent*, v. PAO CHHUOY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-02571-6, Lisa R. Worswick, J., entered October 11, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH DALE MERRILL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-05094-0, Kathryn J. Nelson, J., entered December 11, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Morgan, J.

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE R. HOLLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-01358-1, Paul A. Bastine, J., entered April 19, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Sweeney, J.